**Order entered September 16, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01451-CV

**ISABELLE EDWARDS, Appellant**

**V.**

**AMERICAN ACADEMY OF COSMETIC DENTISTRY, INC., AND ITS
GBAS FOUNDATION, Appellees**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-06298-E**

### ORDER

By letter dated June 23, 2020, we notified appellant her brief did not comply with Texas Rule of Appellate Procedure 38, and directed her to file an amended brief in compliance with the briefing rules within ten days of the date of the letter. To date, appellant has not filed an amended brief.

Accordingly, we order the appeal submitted on appellant's June 10, 2020

brief.  Appellees' brief is due within **THIRTY DAYS** of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE